UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CARLTON KNOWLES, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

          Plaintiffs,

          v.

KALAMAZOO COLLEGE,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-4246

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), CARLTON KNOWLES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, KALAMAZOO COLLEGE, with prejudice and without fees and costs.

Dated:  New York, New York
         August 6, 2024

                                          **GOTTLIEB & ASSOCIATES PLLC**

                                                        */s/Michael A. LaBollita, Esq.*

                                              Michael A. LaBollita, Esq., (ML-9985)
                                                          150 East 18th Street, Suite PHR
                                                                      New York, NY 10003
                                                                         Phone: (212) 228-9795
                                                                             Fax: (212) 982-6284
                                                                        Michael@Gottlieb.legal

                                                                    *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge